1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, ET AL., <br>     Plaintiff, <br><br> v. <br><br> WESTWOOD CAPITAL FUNDING LLC, ET AL. , <br>     Defendant. | CASE NO. 23-cv-00300-JHC <br><br> ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR INTERPLEADER DEPOSIT OF FUNDS |

THIS CAUSE comes before the Court on Plaintiffs Weyerhaeuser Company and Weyerhaeuser NR Company's Ex Parte Motion for Interpleader Deposit of Funds. Dkt. # 2. The Court has reviewed all related filings and is otherwise fully advised.

The Court hereby GRANTS the motion, and ORDERS that Plaintiffs cause $296,071.46 to be deposited into the Court Registry Investment System as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. §1335.

Dated this 10th day of March, 2023.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR INTERPLEADER DEPOSIT OF FUNDS - 1