| | |
|---|---|
| | HONORABLE JOHN H. CHUN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation, and WEYERHAEUSER NR COMPANY, a Washington corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company; HUNTINGTON BANCSHARES INCORPORATED, a Maryland corporation; IRONWOOD FINANCE INC., a Texas corporation; GULF COAST BANK AND TRUST COMPANY, a Louisiana corporation; AJ EQUITY GROUP LLC, a New York limited liability company; RAISTONE PURCHASING LLC—SERIES XXI, a Delaware and New York limited liability company; GROVER CAPITAL LLC, a New York limited liability company; RAYMOND PROPERTIES LLC, a Illinois limited liability company; CAMPISI ENVIRONMENTAL ASSOCIATES, INC., a Massachusetts corporation; MASSACHUSETTS DEPARTMENT OF REVENUE; ARTHUR KURZYDLO, an individual; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA DEPARTMENT OF | NO. 2:23-CV-300-JHC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH EX PARTE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS ARTHUR KURZYDLO, ILLINOIS DEPARTMENT OF LABOR, AND THE AVANZA GROUP** |

Case 1:23-cv-12965-WGY   Document 62   Filed 08/14/23   Page 2 of 3

INDUSTRIAL RELATIONS; STATE OF ILLINOIS DEPARTMENT OF LABOR; STATE OF NEW HAMPSHIRE DEPARTMENT OF LABOR; HOMEFIELD CREDIT UNION, a Massachusetts corporation; ADVANTAGE PLATFORM SERVICES, INC. d/b/a ADVANTAGE CAPITAL FUNDING, LLC, a Massachusetts corporation; BECKHAM CAPITAL LLC, a Georgia limited liability company; BLACK MARLIN CAPITAL GROUP LLC, a Delaware limited liability company; BUSINESS FUNDING SOURCE, a New York corporation; GOLD CREST CAPITAL LLC, a New York limited liability company; SEINFELD CAPITAL, INC., a New York corporation; SILVERLINE SERVICES INC., a New York corporation; and THE AVANZA GROUP LLC, a New York limited liability company,

Defendants.

Before the Court is Plaintiffs' Weyerhaeuser Company and Weyerhaeuser NR Company *ex parte* Motion for Leave to File Over-Length Ex Parte Motion for Alternative Service on Defendants Arthur Kurzydlo, Illinois Department of Labor, and the Avanza Group, pursuant to Local Civil Rule 7(f). Dkt. # 59. The Court has considered Plaintiffs' motion, related filings, and the applicable law.

Finding good cause, the Court GRANTS the motion. Dkt. # 59. Plaintiffs are authorized to file an over-length Ex Parte Motion for Alternative Service on Defendants Arthur Kurzydlo, Illinois Department of Labor, and the Avanza Group not to exceed 4,800 words.

1    Dated this 14th day of August, 2023.

*[signature: John H. Chun]*

HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVER-LENGTH EX PARTE MOTION FOR
ALTERNATIVE SERVICE ON DEFENDANTS ARTHUR
KURZYDLO, ILLINOIS DEPARTMENT OF LABOR, AND
THE AVANZA GROUP - 3