UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation, and WEYERHAEUSER NR COMPANY, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company; HUNTINGTON BANCSHARES INCORPORATED, a Maryland corporation; IRONWOOD FINANCE INC., a Texas corporation; GULF COAST BANK AND TRUST COMPANY, a Louisiana corporation; AJ EQUITY GROUP LLC, a New York limited liability company; RAISTONE PURCHASING LLC—SERIES XXI, a Delaware and New York limited liability company; GROVER CAPITAL LLC, a New York limited liability company; RAYMOND PROPERTIES LLC, a Illinois limited liability company; CAMPISI ENVIRONMENTAL ASSOCIATES, INC., a Massachusetts corporation; MASSACHUSETTS DEPARTMENT OF REVENUE; ARTHUR KURZYDLO, an individual; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA DEPARTMENT OF | NO. 2:23-CV-300-JHC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS AND DISCHARGE LIABILITY AND FOR AWARD OF ATTORNEYS' FEES AND COSTS |

ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS
AND DISCHARGE LIABILITY AND FOR AWARD OF
ATTORNEYS' FEES AND COSTS - 1

| | |
|---|---|
| 1 | INDUSTRIAL RELATIONS; STATE OF ILLINOIS DEPARTMENT OF LABOR; STATE OF NEW HAMPSHIRE DEPARTMENT OF LABOR; HOMEFIELD CREDIT UNION, a Massachusetts corporation; ADVANTAGE PLATFORM SERVICES, INC. d/b/a ADVANTAGE CAPITAL FUNDING, LLC, a Massachusetts corporation; BECKHAM CAPITAL LLC, a Georgia limited liability company; BLACK MARLIN CAPITAL GROUP LLC, a Delaware limited liability company; BUSINESS FUNDING SOURCE, a New York corporation; GOLD CREST CAPITAL LLC, a New York limited liability company; SEINFELD CAPITAL, INC., a New York corporation; SILVERLINE SERVICES INC., a New York corporation; and THE AVANZA GROUP LLC, a New York limited liability company, |
| 13 | Defendants. |

This matter comes before the Court on Plaintiffs Weyerhaeuser Company and Weyerhaeuser NR Company's Motion to Dismiss and Discharge Liability and for Award of Attorneys' Fees and Costs. Dkt. # 70. The Court, having considered Plaintiffs' Motion, supporting declaration, the governing law, and being otherwise fully advised in the premises, it is hereby,

1. **ORDERED** that Plaintiffs' Motion is **GRANTED**. The Court considers the lack of an opposition as an admission that the Motion has merit. *See* LCR 7(b)(2).

2. **IT IS FURTHER ORDERED** that Plaintiffs Weyerhaeuser Company and Weyerhaeuser NR Company are hereby dismissed as parties from this action and discharged from any and all further liability relating to the Funds in dispute herein.

3. **IT IS FURTHER ORDERED** that the Defendants, together with any person or entity acting by or on their behalf or in concert of interest with them, are hereby restrained and

enjoined from instituting or maintaining any action against Plaintiffs for the recovery of the Funds or any claims arising from or relating to this action.

4. **IT IS FURTHER ORDERED** that Plaintiffs are awarded their reasonable attorneys' fees and costs incurred in connection with this action. Plaintiffs are awarded $81,869.02 for fees and costs incurred through the filing of the Motion.

5. **IT IS IT IS FURTHER ORDERED** that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $81,869.02 plus zero accrued interest, payable to the Weyerhaeuser Company and mail or deliver the checks to Weyerhaeuser Company.  *See* LCR 67(b).

Dated this 20th day of October, 2023.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE