1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation and WEYERHAEUSER NR COMPANY, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company, ET AL.,<br><br>Defendants. | CASE NO. 2:23-cv-00300-JHC<br><br>ORDER |

    This matter comes before the Court on Defendant Westwood Capital Funding, LLC and Advantage Platform Services, Inc. d/b/a Advantage Capital Funding, LLC's Motion to Dismiss or Transfer Venue. Dkt. # 68. The Court has reviewed all materials submitted in connection with the motion, pertinent portions of the record, and the applicable law. Being fully advised, the Court rules as follows:

    The motion appears meritorious. Further, it is unopposed. The Court considers the lack of an opposition as an admission that the motion has merit. *See* LCR 7(b)(2). Accordingly, the Court GRANTS the motion to the extent it seeks transfer of venue. The Court DIRECTS the Clerk to transfer this case to the Eastern District of Massachusetts forthwith.

ORDER - 1

Dated this 15th day of November, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2